**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Juakeen Koby Wycliffe,<br><br>    Defendant. | CR-18-08044-PCT-DGC<br><br>**ORDER OF DETENTION** |

Defendant was released on Pretrial Supervision on 3/30/2018. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

A Pretrial Release Revocation Hearing was held. Defendant admits Allegation 1 in the Petition.

The Court finds that the defendant violated conditions of his release. Defendant submits the issue of continued detention to the Court. The Court finds that defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this __4th__ day of __June__, 2018.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge